**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____    Chapter    11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Express Mobile Diagnostic Services, LLC |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 26-2414104 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 4536 STATE ROUTE 136 Greensburg, PA 15601 | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Westmoreland | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Debtor  **Express Mobile Diagnostic Services, LLC**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    6215

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor __Express Mobile Diagnostic Services, LLC_____ Case number (*if known*)_____
         Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  .  *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   Express Mobile Diagnostic Services, LLC                              Case number (*if known*)
     Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 31, 2025
               MM / DD / YYYY

**X**   /s/   Jamie Bostard                 Jamie Bostard
    Signature of authorized representative of debtor      Printed name

Title    President/CEO

**18. Signature of attorney**

**X**   /s/ Brian C. Thompson, Esquire       Date   January 31, 2025
   Signature of attorney for debtor                      MM / DD / YYYY

Brian C. Thompson, Esquire
Printed name

Thompson Law Group, P.C.
Firm name

301 Smith Drive, Suite 6
Suite 200
Cranberry Township, PA 16066
Number, Street, City, State & ZIP Code

Contact phone   (724) 799-8404     Email address   bthompson@thompsonattorney.com

91197 PA
Bar number and State

Fill in this information to identify the case:
Debtor name: Express Mobile Diagnostic Services, LLC
United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Allserve Business Support<br>2030 Ader Road<br>Jeannette, PA 15644 | | Consulting | | | | $58,993.04 |
| Americorp Financial LLC<br>877 South Adams Road<br>Suite 300<br>Birmingham, MI 48009 | | Equipment loan | | | | $47,643.00 |
| Ascentium Capital<br>23970 US-59<br>Kingwood, TX 77339 | | Equipment loan | | | | $41,430.39 |
| Ascentium Capital LLC<br>23970 Highway 59 North<br>Kingwood, TX 77339 | | Equipment loan | | | | $84,219.00 |
| Ascentium Capital LLC<br>23970 Highway 59 North<br>Kingwood, TX 77339 | | Equipment loan | | | | $15,061.00 |
| Emergent Connect<br>2303 Ranch Rd 620 S<br>Lakeway, TX 78734 | | Software | | | | $47,808.00 |
| Enterprise Fleet<br>600 Corporate Park Drive<br>Saint Louis, MO 63105 | | | | | | $35,344.83 |
| First Merchants Bank, NA<br>PO Box 792<br>Muncie, IN 47308 | | Credit card | | | | $35,092.00 |

Debtor **Express Mobile Diagnostic Services, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Highmark Blue Shield<br>120 Fifth Ave.<br>Pittsburgh, PA 15222 | | Employee health plan | | | | $632,141.18 |
| Mike Bostard<br>1084 Manor Vue Ct<br>Delmont, PA 15626 | | | | | | $40,000.00 |
| National Mobile X-Ray<br>251 Dominion Drive Suite 112<br>Morrisville, NC 27560 | | | | | | $36,330.00 |
| Navitas Credit Corp.<br>814 US Highway A1A N Ste 201<br>Ponte Vedra Beach, FL 32082 | | Equipment loan | | | | $103,780.00 |
| NewLane Finance Company<br>123 S Broad Street 17th Floor<br>Philadelphia, PA 19109 | | Equipment loan | | | | $15,239.00 |
| Northwest Bank<br>P.O. Box 337<br>Warren, PA 16365 | | Credit Line | | | | $348,833.06 |
| Northwest Bank<br>100 Liberty Street<br>Warren, PA 16365 | | Equipment loan | | | | $79,280.12 |
| PDI Health<br>12 Spencer Street<br>Brooklyn, NY 11205 | | Mobile vendor | | | | $28,455.00 |
| PEAC<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | | Equipment loan | | | | $27,719.00 |
| PEAC<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | | Equipment loan | | | | $14,988.00 |
| Rapid Radiology<br>2303 Ranch Rd 620 S<br>Lakeway, TX 78734 | | | | | | $440,669.00 |
| Southwest Credit<br>4120 International Pkwy<br>Carrollton, TX 75007 | | | | | | $48,030.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Allserve Business Support
2030 Ader Road
Jeannette, PA 15644

Americorp Financial LLC
877 South Adams Road
Suite 300
Birmingham, MI 48009

Ascentium Capital
23970 US-59
Kingwood, TX 77339

Ascentium Capital LLC
23970 Highway 59 North
Kingwood, TX 77339

Dynamic Mobile/Dispatch Health
PO Box 17588
Richmond, VA 23226

Emergent Connect
2303 Ranch Rd 620 S
Lakeway, TX 78734

Enterprise Fleet
600 Corporate Park Drive
Saint Louis, MO 63105

Enterprise Rent-A-Car
PO Box 405738
Atlanta, GA 30384

First Merchants Bank, NA
PO Box 792
Muncie, IN 47308

Highland Capital Corporation
370 Pascack road 2nd Floor
Township of Washington, NJ 07676

Highmark Blue Shield
120 Fifth Ave.
Pittsburgh, PA 15222

Kalamata Captial Group
80 Broad St Suite 1210
New York, NY 10004

LG Funding
1218 Union Street
Brooklyn, NY 11225

Mike Bostard
1084 Manor Vue Ct
Delmont, PA 15626

National Mobile X-Ray
251 Dominion Drive
Suite 112
Morrisville, NC 27560

Navitas Credit Corp.
814 US Highway A1A N Ste 201
Ponte Vedra Beach, FL 32082

NewLane Finance Company
123 S Broad Street
17th Floor
Philadelphia, PA 19109

Northwest Bank
100 Liberty Street
Warren, PA 16365

Northwest Bank
P.O. Box 337
Warren, PA 16365

On Deck Capital
1400 Broadway 25th Floor
New York, NY 10018

PDI Health
12 Spencer Street
Brooklyn, NY 11205

PEAC
300 Fellowship Road
Mount Laurel, NJ 08054

Rapid Radiology
2303 Ranch Rd 620 S
Lakeway, TX 78734

Reliable Health Systems
2610 Nostrand Ave
Brooklyn, NY 11210

Southwest Credit
4120 International Pkwy
Carrollton, TX 75007

U.S. Small Business Administration
409 3rd St, SW
Washington, DC 20416

United 1st Lending Group, LLC
5900 Balcones Drive Suite 100
Austin, TX 78731

# United States Bankruptcy Court
## Western District of Pennsylvania

In re: Express Mobile Diagnostic Services, LLC  
Debtor(s)

Case No.  
Chapter 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Express Mobile Diagnostic Services, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

January 31, 2025  
Date

/s/ Brian C. Thompson, Esquire  
Brian C. Thompson, Esquire  
Signature of Attorney or Litigant  
Counsel for  Express Mobile Diagnostic Services, LLC  
Thompson Law Group, P.C.  
301 Smith Drive, Suite 6  
Suite 200  
Cranberry Township, PA 16066  
(724) 799-8404  Fax:(724) 799-8409  
bthompson@thompsonattorney.com