**Fill in this information to identify the case:**

Debtor name: Express Mobile Diagnostic Services, LLC

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known): 2:25-bk-20255

☒ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Americorp Financial LLC<br>Creditor's Name<br>877 South Adams Road<br>Suite 300<br>Birmingham, MI 48009<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | $47,643.00 | $0.00 |

Describe the lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** Ascentium Capital<br>Creditor's Name<br>23970 US-59<br>Kingwood, TX 77339<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | $39,323.76 | $0.00 |

Describe the lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

| Debtor | Express Mobile Diagnostic Services, LLC | Case number (if known) | 2:25-bk-20255 |
|---|---|---|---|
| | Name | | |

---

**2.3** **Ascentium Capital LLC**
Creditor's Name

23970 Highway 59 North
Kingwood, TX 77339
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $79,260.57    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.4** **Ascentium Capital LLC**
Creditor's Name

23970 Highway 59 North
Kingwood, TX 77339
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $13,253.68    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.5** **Ascentium Capital LLC**
Creditor's Name

23970 Highway 59 North
Kingwood, TX 77339
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $7,285.92    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| Debtor | Express Mobile Diagnostic Services, LLC | Case number (if known) | 2:25-bk-20255 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.6 | **Bryn Mawr Panel** | **Describe debtor's property that is subject to a lien** | $8,196.81 | $0.00 |
| | Creditor's Name | | | |
| | PO Box 692 | | | |
| | Bryn Mawr, PA 19010 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☒ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☒ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☒ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

| | | | | |
|---|---|---|---|---|
| 2.7 | **Highland Capital Corporation** | **Describe debtor's property that is subject to a lien** | $9,114.24 | $0.00 |
| | Creditor's Name | | | |
| | 370 Pascack road 2nd Floor Township of Washington, NJ 07676 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☒ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☒ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** 2400 | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☒ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☒ Disputed | | |

| | | | | |
|---|---|---|---|---|
| 2.8 | **Highland Capital Corporation** | **Describe debtor's property that is subject to a lien** | $13,013.12 | $0.00 |
| | Creditor's Name | | | |
| | 370 Pascack road 2nd Floor Township of Washington, NJ 07676 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☒ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☒ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** 2401 | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☒ No | ☐ Contingent | | |

| Debtor | Express Mobile Diagnostic Services, LLC | Case number (if known) | 2:25-bk-20255 |
|---|---|---|---|
| | Name | | |

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.9 | Highland Capital Corporation | **Describe debtor's property that is subject to a lien** | $14,274.72 | $0.00 |

Creditor's Name

370 Pascack road 2nd Floor
Township of Washington, NJ 07676

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** 2019

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.10 | Highland Capital Corporation | **Describe debtor's property that is subject to a lien** | $770.27 | $0.00 |

Creditor's Name

370 Pascack road 2nd Floor
Township of Washington, NJ 07676

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** 0581

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | Kalamata Captial Group | **Describe debtor's property that is subject to a lien** | $228,081.25 | $0.00 |

Creditor's Name

80 Broad St Suite 1210
New York, NY 10004

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

---

| Debtor | Express Mobile Diagnostic Services, LLC | Case number (if known) | 2:25-bk-20255 |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☒ Disputed |

---

**2.1 2**  LG Funding
Creditor's Name

1218 Union Street
Brooklyn, NY 11225
Creditor's mailing address

**Describe debtor's property that is subject to a lien**       $265,000.00       $0.00

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 3**  Navitas Credit Corp.
Creditor's Name

814 US Highway A1A N Ste 201
Ponte Vedra Beach, FL 32082
Creditor's mailing address

**Describe debtor's property that is subject to a lien**       $103,780.00       $0.00

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 4**  NewLane Finance Company
Creditor's Name

123 S Broad Street
17th Floor
Philadelphia, PA 19109
Creditor's mailing address

**Describe debtor's property that is subject to a lien**       $13,335.00       $0.00

**Describe the lien**

| Debtor | Express Mobile Diagnostic Services, LLC | Case number (if known) | 2:25-bk-20255 |
|---|---|---|---|
| | Name | | |

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.15**  Northwest Bank
Creditor's Name

100 Liberty Street
Warren, PA 16365
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

$73,122.60     $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16**  Northwest Bank
Creditor's Name

P.O. Box 337
Warren, PA 16365
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

$348,833.06     $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.17**  On Deck Capital
Creditor's Name

**Describe debtor's property that is subject to a lien**

$118,817.28     $0.00

| Debtor | Express Mobile Diagnostic Services, LLC | Case number (if known) | 2:25-bk-20255 |
|---|---|---|---|
| | Name | | |

1400 Broadway 25th Floor
New York, NY 10018
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.18** PEAC
Creditor's Name

**Describe debtor's property that is subject to a lien**    $42,707.00    $0.00

300 Fellowship Road
Mount Laurel, NJ 08054
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $1,425,812.28

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Berkovitch & Bouskila, PLLC<br>1545 Rout 202 Suite 101<br>Pomona, NY 10970 | Line 2.11 | |

**Fill in this information to identify the case:**

Debtor name: **Express Mobile Diagnostic Services, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA**

Case number (if known): **2:25-bk-20255**

☒ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Department of Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $100.00 | $100.00 |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Allserve Business Support<br>2030 Ader Road<br>Jeannette, PA 15644<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Consulting<br>Is the claim subject to offset? ☒ No  ☐ Yes | $58,993.04 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Dynamic Mobile/Dispatch Health<br>PO Box 17588<br>Richmond, VA 23226<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes | $12,470.00 |

| Debtor | Express Mobile Diagnostic Services, LLC | Case number (if known) | 2:25-bk-20255 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Emergent Connect<br>2303 Ranch Rd 620 S<br>Lakeway, TX 78734 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $58,816.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Software | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No    ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Enterprise Fleet<br>600 Corporate Park Drive<br>Saint Louis, MO 63105 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $35,344.83 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No    ☐ Yes | |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>First Merchants Bank, NA<br>PO Box 792<br>Muncie, IN 47308 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $35,092.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Credit card | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No    ☐ Yes | |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Flex/Premier Radiology Services<br>10800 Biscayne Blvd Suite 810<br>Miami, FL 33161 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $138,557.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No    ☐ Yes | |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Highmark Blue Shield<br>120 Fifth Ave.<br>Pittsburgh, PA 15222 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $83,900.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Employee health plan | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No    ☐ Yes | |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Mike Bostard<br>1084 Manor Vue Ct<br>Delmont, PA 15626 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40,000.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No    ☐ Yes | |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>National Mobile X-Ray<br>251 Dominion Drive<br>Suite 112<br>Morrisville, NC 27560 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $36,330.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☐ No    ☒ Yes | |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>PDI Health<br>12 Spencer Street<br>Brooklyn, NY 11205 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28,455.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Mobile vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☐ No    ☒ Yes | |

| Debtor | Express Mobile Diagnostic Services, LLC | Case number (if known) | 2:25-bk-20255 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Rapid Radiology<br>2303 Ranch Rd 620 S<br>Lakeway, TX 78734 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $438,306.90 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Reliable Health Systems<br>2610 Nostrand Ave<br>Brooklyn, NY 11210 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,700.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Software | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Southwest Credit<br>4120 International Pkwy<br>Carrollton, TX 75007 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $48,030.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>U.S. Small Business Administration<br>409 3rd St, SW<br>Washington, DC 20416 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $535,592.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business loan | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>United 1st Lending Group, LLC<br>5900 Balcones Drive Suite 100<br>Austin, TX 78731 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>United Healthcare Insurance Company<br>ATTN CDM/Bankruptcy<br>185 Asylum Street - 03B<br>Hartford, CT 06103 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $894.52 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 4104 | Is the claim subject to offset?  ☒ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|   |   |   | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 100.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,552,481.29 |

| Debtor | Express Mobile Diagnostic Services, LLC | Case number (if known) | 2:25-bk-20255 |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
  Lines 5a + 5b = 5c.        5c.    $            1,552,581.29