## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Express Mobile Diagnostic Services, LLC,    )        Case No. 25-20255-GLT
                                                   )
           Debtor.                                 )        Chapter 11
                                                   )
                                                   )

### SUMMARY OF CHAPTER 11 PLAN DATED FEBRUARY 20, 2026

Debtor, Express Mobile Diagnostic Services, LLC, by and through Counsel, submits this Summary of the Chapter 11 Plan dated February 20, 2026 ("Plan').  The following is merely a brief overview of the material provisions of the Plan, and is qualified in its entirety by reference to the full text of the Plan.

The Plan provides for the classification and treatment of claims against interests in the Debtor.  The Plan designates three (3) classes of claims and interests, which classify all claims and interests against the Debtors.  The Plan provides for the following treatment of claims and interests:

- Class 1: Administrative Claimants:  Paid in full.

- Class 2: Secured Priorty Claims (Impaired)
  - The secured claim of Northwest Bank secured against medical equipment in the amount of $347,870.21 shall be paid over 5 1/2 years at 8% interest with monthly payments of $4,220.63. A balloon payment of all amounts due will be made 66 months after the effective date of the plan.
  - The secured claim of Northwest Bank secured against medical equipment in the amount of $76,986.33 shall be paid over 5 1/2 years at 8% interest with monthly payments of $619.15. A balloon payment of all amounts due will be made 66 months after the effective date of the plan.

- Class 3 – Secured Claims (Impaired).
  - The secured claim of United States Small Business Administration secured against accounts receivable and future earnings in the amount of $24,765.65 shall be paid over 30 years at 8% interest with monthly payments of $181.72

- Class 4: General Unsecured Claims Impaired).
  - General Unsecured Claims will be paid pro rata on an annual basis from revenue generated from operations from the funds deisgnated for the general unsecured pool of $25,000.00

- Class 5: De Minimis Claims to be Paid in Full (Unimpaired).
  - De Minimis Claims of $1,200.00 or under shall be paid in full on the effective date of the plan in the total amount of $1,964.23.

Dated:          February 20, 2026

Respectfully submitted,
/s/ Brian C. Thompson
Thompson Law Group, P.C.
Brian C. Thompson, Esquire
PA I.D. No. 91197
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
Telephone: 724-799-8404
Counsel to Debtors
bthompson@thompsonattorney.com